AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
NOV - 4 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br>MONICA MONIQUE LYNCH<br><br>*Defendant(s)* | Case No. 4:16mj 212 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Dec 18, 2015 - Jan 6, 2016__ in the county of __Hampton__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 1028A | Aggravated Identity Theft |
| Title 18, U. S. C. Section 1344 | Bank Fraud |

This criminal complaint is based on these facts:
Please see the attached affidavit, which is fully incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

__D. R. Cunningham, U. S. Postal Inspector__
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __November 4, 2016__

_____
*Judge's signature*

City and state: __Norfolk, Virginia__   __U. S. Magistrate Judge__
*Printed name and title*